IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JANET G. ROMERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV166 |
| | ) | |
| STATE OF NORTH CAROLINA, and | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

J-U-D-G-M-E-N-T

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and the same hereby is, **DISMISSED** with prejudice.

                                                 /s/ P. Trevor Sharp
                                           United States Magistrate Judge

Date: January 17, 2012